Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.:  22−16443−RG
                  Chapter:  13
                  Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Enrique G. Jativa
   aka Enrique Jativa
   3−5 Chestnut St. a/k/a 3 Chestnut St.
   Paterson, NJ 07502

Social Security No.:
   xxx−xx−8658

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             10/19/22
Time:            08:30 AM
Location:       Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 13, 2022
JAN: rh

                                                  Jeanne Naughton
                                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16443-RG |
| Enrique G. Jativa | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 13, 2022 | Form ID: 132 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Enrique G. Jativa, 3-5 Chestnut St. a/k/a 3 Chestnut St., Paterson, NJ 07502 |
| 519702995 | + | Edith Jativa, 3 Chestnut Street, Paterson, NJ 07501-3011 |
| 519682290 | + | Milstead & Associates LLC, Rhondi Lynn Schwartz, Esq., 1 E Stow Road, Marlton, NJ 08053-3118 |
| 519682293 | + | Paterson Sewer Department, 155 Market Street, Paterson, NJ 07505-1408 |
| 519682299 | + | The Bank of Missouri/Tidewater Finance Compan, 216 W 2nds St, Dixon, MO 65459-8048 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 13 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 13 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 13 2022 20:45:45 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519682281 | + | Email/Text: backoffice@affirm.com | Sep 13 2022 20:45:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519682283 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 13 2022 20:44:00 | Bank Of America N.A., 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519682282 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 13 2022 20:44:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519682284 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2022 20:46:03 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519682286 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 13 2022 20:46:05 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519682287 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2022 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519682288 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 13 2022 20:44:00 | Kohl's /Capital One, N 95 W 18000 Appleton Avenue, Menomonee Falls, WI 53051-1324 |
| 519682289 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 13 2022 20:45:44 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519682291 | + | Email/Text: bnc@nordstrom.com | Sep 13 2022 20:44:08 | Nordstrom/Td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 519682292 | + | Email/Text: cvozzella@pvwc.com | Sep 13 2022 20:44:00 | Passaic Valley Water Comm., 1525 Main Avenue, Clifton, NJ 07011-2195 |
| 519682294 | | Email/Text: bankruptcy@springoakscapital.com | Sep 13 2022 20:44:00 | Spring Oaks Capital LLC, P.O. Box 1216, Chesapeake, VA 23327 |

Case 22-16443-RG    Doc 17    Filed 09/15/22    Entered 09/16/22 00:13:32    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: 132 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519682295 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov<br>Sep 13 2022 20:44:00 | | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519684103 | + | Email/PDF: gecsedi@recoverycorp.com<br>Sep 13 2022 20:46:04 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519682296 | + | Email/PDF: gecsedi@recoverycorp.com<br>Sep 13 2022 20:45:53 | | Synchrony Bank/PayPal Credit, Po Box 530975, Orlando, FL 32896-0001 |
| 519682297 | + | Email/Text: Atlanticus@ebn.phinsolutions.com<br>Sep 13 2022 20:44:00 | | The Bank of Missouri/Aspire, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 519682298 | + | Email/Text: Atlanticus@ebn.phinsolutions.com<br>Sep 13 2022 20:44:00 | | The Bank of Missouri/Fortiva, 5 Concourse Pkwy, Atlanta, GA 30328-5350 |
| 519682300 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Sep 13 2022 20:44:00 | | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519682285 | | Celtic Bank/Indigo, Genesis FS Card Services, Po Box 4477 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Enrique G. Jativa jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Debtor Enrique G. Jativa pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;15905&#064 |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5