Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>Case No.: 22−16443−RG
>Chapter: 13
>Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Enrique G. Jativa
   aka Enrique Jativa
   3−5 Chestnut St. a/k/a 3 Chestnut St.
   Paterson, NJ 07502

Social Security No.:
   xxx−xx−8658

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 20, 2022.

Dated: October 20, 2022
JAN: slm

>Jeanne Naughton
>Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-16443-RG
Enrique G. Jativa  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Oct 20, 2022      Form ID: plncf13      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Enrique G. Jativa, 3-5 Chestnut St. a/k/a 3 Chestnut St., Paterson, NJ 07502 |
| 519702995 | + | Edith Jativa, 3 Chestnut Street, Paterson, NJ 07501-3011 |
| 519682290 | + | Milstead & Associates LLC, Rhondi Lynn Schwartz, Esq., 1 E Stow Road, Marlton, NJ 08053-3118 |
| 519682293 | + | Paterson Sewer Department, 155 Market Street, Paterson, NJ 07505-1408 |
| 519682299 | + | The Bank of Missouri/Tidewater Finance Compan, 216 W 2nds St, Dixon, MO 65459-8048 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519682281 | + | Email/Text: backoffice@affirm.com | Oct 20 2022 20:32:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519682283 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 20 2022 20:31:00 | Bank Of America N.A., 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519682282 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 20 2022 20:31:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519682284 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2022 20:54:40 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519711771 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2022 20:54:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519682286 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 20 2022 20:54:37 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519682287 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2022 20:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519682288 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 20 2022 20:31:00 | Kohl's /Capital One, N 95 W 18000 Appleton Avenue, Menomonee Falls, WI 53051-1324 |
| 519731986 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2022 20:44:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519682289 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2022 20:43:59 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519717985 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2022 20:32:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519682291 | + | Email/Text: bnc@nordstrom.com | Oct 20 2022 20:31:07 | Nordstrom/Td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519739838 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2022 20:44:00 | | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519682292 | + | Email/Text: cvozzella@pvwc.com Oct 20 2022 20:31:00 | | Passaic Valley Water Comm., 1525 Main Avenue, Clifton, NJ 07011-2195 |
| 519716377 | + | Email/Text: JCAP_BNC_Notices@jcap.com Oct 20 2022 20:32:00 | | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519682294 | | Email/Text: bankruptcy@springoakscapital.com Oct 20 2022 20:31:00 | | Spring Oaks Capital LLC, P.O. Box 1216, Chesapeake, VA 23327 |
| 519682295 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Oct 20 2022 20:31:00 | | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519740395 | + | Email/PDF: gecsedi@recoverycorp.com Oct 20 2022 20:43:58 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519684103 | + | Email/PDF: gecsedi@recoverycorp.com Oct 20 2022 20:44:09 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519682296 | + | Email/PDF: gecsedi@recoverycorp.com Oct 20 2022 20:44:16 | | Synchrony Bank/PayPal Credit, Po Box 530975, Orlando, FL 32896-0001 |
| 519682297 | + | Email/Text: Atlanticus@ebn.phinsolutions.com Oct 20 2022 20:31:00 | | The Bank of Missouri/Aspire, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 519682298 | + | Email/Text: Atlanticus@ebn.phinsolutions.com Oct 20 2022 20:31:00 | | The Bank of Missouri/Fortiva, 5 Concourse Pkwy, Atlanta, GA 30328-5350 |
| 519682300 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 20 2022 20:31:00 | | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519682285 | | Celtic Bank/Indigo, Genesis FS Card Services, Po Box 4477 |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: plncf13 | Total Noticed: 30 |

**below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Enrique G. Jativa jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Debtor Enrique G. Jativa pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;15905&#064 |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |

TOTAL: 7