UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Paul Evangelista.Esq.
pevangelista@scura.com
Counsel for the Debtor

Order Filed on December 29, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Enrique G. Jativa

Debtor.

Case No.: 22-16443

Chapter: 13

Judge: RG

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 29, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  09/28/2022  :

Property:  3-5 Chestnut St. a/k/a 3 Chestnut St. Paterson, NJ 07502

Creditor:  Bank of America, N.A.

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by  _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  03/28/2023 .

[ ] The Loss Mitigation Period is terminated, effective  _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*