SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re: ENRIQUE G. JATIVA
3-5 CHESTNUT ST. A/K/A 3 CHESTNUT ST.
PATERSON, NJ  07502

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-16443

### RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/20/2022 | $250.00 | 8718270000 | 10/20/2022 | $250.00 | 8777098000 |
| 11/07/2022 | $250.00 | 8812908000 | 12/05/2022 | $250.00 | 8864431000 |
| 01/04/2023 | $250.00 | 8920392000 | | | |

**Total Receipts: $1,250.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,250.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 63.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,978.75 | 100.00% | 950.00 | 4,028.75 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA NA | MORTGAGE ARRE | 159,881.44 | 100.00% | 0.00 | 159,881.44 |
| 0004 | CAPITAL ONE BANK (USA) NA | UNSECURED | 507.95 | 100.00% | 0.00 | 507.95 |
| 0005 | CELTIC BANK/INDIGO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 768.58 | 100.00% | 0.00 | 768.58 |
| 0007 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | KOHL'S /CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | MERRICK BANK | UNSECURED | 1,192.95 | 100.00% | 0.00 | 1,192.95 |
| 0011 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 682.20 | 100.00% | 0.00 | 682.20 |
| 0012 | PASSAIC VALLEY WATER COMM. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | PATERSON SEWER DEPARTMENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | SPRING OAKS CAPITAL LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | STATE OF NEW JERSEY, DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | SYNCHRONY BANK | UNSECURED | 155.95 | 100.00% | 0.00 | 155.95 |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,653.41 | 100.00% | 0.00 | 1,653.41 |
| 0018 | THE BANK OF MISSOURI/FORTIVA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 730.49 | 100.00% | 0.00 | 730.49 |

**Chapter 13 Case # 22-16443**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0021 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 767.07 | 100.00% | 0.00 | 767.07 |

**Total Paid:  $1,013.75**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $1,250.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $1,013.75    =    Funds on Hand: $236.25

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.