Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−16443−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Enrique G. Jativa
   aka Enrique Jativa
   3−5 Chestnut St. a/k/a 3 Chestnut St.
   Paterson, NJ 07502

Social Security No.:
   xxx−xx−8658

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     8/16/23
Time:     10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Jamal J Romero, Debtor's Attorney

COMMISSION OR FEES
$9,978

EXPENSES
$60

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 21, 2023
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 22-16443-RG

Enrique G. Jativa   Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: Jul 21, 2023    Form ID: 137    Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Enrique G. Jativa, 3-5 Chestnut St. a/k/a 3 Chestnut St., Paterson, NJ 07502 |
| 519702995 | + | Edith Jativa, 3 Chestnut Street, Paterson, NJ 07501-3011 |
| 519682290 | #+ | Milstead & Associates LLC, Rhondi Lynn Schwartz, Esq., 1 E Stow Road, Marlton, NJ 08053-3118 |
| 519682293 | + | Paterson Sewer Department, 155 Market Street, Paterson, NJ 07505-1408 |
| 519682299 | + | The Bank of Missouri/Tidewater Finance Compan, 216 W 2nds St, Dixon, MO 65459-8048 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 21 2023 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 21 2023 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Jul 21 2023 21:11:17 | Synchrony Bank by AIS InfoSource, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 519682281 | + | Email/Text: backoffice@affirm.com | Jul 21 2023 21:02:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519682283 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 21 2023 20:59:00 | Bank Of America N.A., 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519682282 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 21 2023 20:59:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519744768 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 21 2023 20:59:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 519682284 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2023 20:59:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519711771 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 21 2023 21:22:13 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519682286 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 21 2023 21:10:57 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519682287 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 21 2023 21:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519682288 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 21 2023 20:59:00 | Kohl's /Capital One, N 95 W 18000 Appleton Avenue, Menomonee Falls, WI 53051-1324 |
| 519731986 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 21 2023 21:11:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519682289 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 21 2023 20:58:30 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519717985 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 21 2023 21:01:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519682291 | + | Email/Text: bnc@nordstrom.com | Jul 21 2023 21:00:19 | Nordstrom/Td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 519739838 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2023 21:22:14 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519682292 | + | Email/Text: cvozzella@pvwc.com | Jul 21 2023 21:00:17 | Passaic Valley Water Comm., 1525 Main Avenue, Clifton, NJ 07011-2195 |
| 519716377 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 21 2023 21:01:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519682294 | | Email/Text: bankruptcy@springoakscapital.com | Jul 21 2023 20:59:00 | Spring Oaks Capital LLC, P.O. Box 1216, Chesapeake, VA 23327 |
| 519682295 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 21 2023 21:00:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519684103 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 21 2023 21:10:56 | Synchrony Bank, By AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519682296 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2023 21:22:14 | Synchrony Bank/PayPal Credit, Po Box 530975, Orlando, FL 32896-0001 |
| 519682297 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 21 2023 21:00:00 | The Bank of Missouri/Aspire, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 519682298 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 21 2023 21:00:00 | The Bank of Missouri/Fortiva, 5 Concourse Pkwy, Atlanta, GA 30328-5350 |
| 519682300 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 21 2023 20:59:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519682285 | | Celtic Bank/Indigo, Genesis FS Card Services, Po Box 4477 |
| 519740395 | *+ | Synchrony Bank, By AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2023    Signature:    /s/Gustava Winters

District/off: 0312-2  User: admin  Page 3 of 3
Date Rcvd: Jul 21, 2023  Form ID: 137  Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Enrique G. Jativa jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Debtor Enrique G. Jativa pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;aknapp@scura.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |

TOTAL: 7