Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−16443−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Enrique G. Jativa
  aka Enrique Jativa
  3−5 Chestnut St. a/k/a 3 Chestnut St.
  Paterson, NJ 07502

Social Security No.:
  xxx−xx−8658

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/4/23 at 10:00 AM

to consider and act upon the following:

**57** − Limited Objection to Motion to Approve Loan Modification (related document:56 Motion to Approve Loan Modification with Bank of America, N.A. Filed by Paul Evangelista on behalf of Enrique G. Jativa. Objection deadline is 09/13/2023. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Enrique G. Jativa) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 9/11/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court