Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−16443−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Enrique G. Jativa
  aka Enrique Jativa
  3−5 Chestnut St. a/k/a 3 Chestnut St.
  Paterson, NJ 07502

Social Security No.:
  xxx−xx−8658

Employer's Tax I.D. No.:

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/4/23 at 10:00 AM

to consider and act upon the following:

**57 −** Limited Objection to Motion to Approve Loan Modification (related document:56 Motion to Approve Loan Modification with Bank of America, N.A. Filed by Paul Evangelista on behalf of Enrique G. Jativa. Objection deadline is 09/13/2023. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Enrique G. Jativa) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 9/11/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 22-16443-RG |
|---|---|
| Enrique G. Jativa | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 11, 2023 | Form ID: ntchrgbk | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Enrique G. Jativa, 3-5 Chestnut St. a/k/a 3 Chestnut St., Paterson, NJ 07502 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: ebn_ais@aisinfo.com | Sep 11 2023 20:56:29 | Synchrony Bank by AIS InfoSource, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Enrique G. Jativa jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |

District/off: 0312-2 | User: admin | Page 2 of 2

Date Rcvd: Sep 11, 2023 | Form ID: ntchrgbk | Total Noticed: 2

Marie-Ann Greenberg
    magecf@magtrustee.com

Paul Evangelista
    on behalf of Debtor Enrique G. Jativa pevangelista@scura.com
    pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;aknapp@scura.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com


TOTAL: 7