

# scura

SCURA • WIGFIELD • HEYER
STEVENS • CAMMAROTA , LLP

www.scura.com
Tel: 973-696-8391
Fax: 973-696-8571

- ▲■ John J. Scura III, Esq.
- David C. Wigfield, Esq.
- ● Christopher Heyer, Esq.
- ● David L. Stevens, Esq.
- ● Pietro Cammarota, Esq.
- ● Guillermo J. Gonzalez, Esq.
- ●◆ Mark T. Matri, Esq.
- Carlos D. Martinez, Esq.
- Jamal Romero, Esq.
- Timothy J. Bartzos, Esq.
- Roshni Shah, Esq.
- Paul S. Evangelista, Esq.
- ◆ Joseph A. Hallock, Esq. (of counsel)
- Erich H. Kamm, Esq. (of counsel)

■ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney    ● Also admitted in New York    ▲ Also admitted in Pennsylvania    ◆ Also admitted in Florida

August 1, 2024

**Via Regular Mail**
U.S. Bankruptcy Court-District of NJ
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
Attn: Bankruptcy

**Re: Certified Seal**
**Debtor: Enrique G. Jativa**
**Case No: 22-16443**

Dear Judge Gambardella:

    Please be advised that the Court entered multiple Orders Granting Supplemental Chapter 13 Fees against Enrique G. Jativa on the following dates; December 14, 2022, and August 25, 2023. As such, we kindly request two Exemplified Orders to be provided and sealed by your office. Additionally, please see the attached fee in the amount of $48.00 for our request.

    Please mail the exemplified copy of the orders to our office in the enclosed self-addressed stamped envelope.

    Thank you for Your Honor's attention to this matter.

Respectfully,

/s/ David L. Stevens
David L. Stevens, Esq.

**Wayne**
1599 Hamburg Tpke
Wayne, NJ 07470
*Mailing Address*

**Secaucus**
1 Harmon Meadow Blvd
Suite 201
Secaucus, NJ 07094

**Hackensack**
3 University Plaza
Suite 207
Hackensack, NJ 07601

**Newark**
One Gateway Center
Suite 2600
Newark, NJ 07102

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Scura, Wigfield, Heyer, Stevens & Cammarota, LLP 1599 Hamburg Turnpike Wayne, New Jersey 07470 Tel.: (973) 696-8391 Attorney for Debtor Jamal J. Romero, Esq. jromero@scura.com | |
| In Re: Enrique G. Jativa, Debtor. | Case No.: 22-16443-RG Chapter: 13 Judge: RG |

Order Filed on December 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: December 14, 2022

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____4,621.50_____ for services rendered and expenses in the amount of $_____357.25_____ for a total of $_____4,978.75_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___N/A_____ per month for ___N/A_____ months to allow for payment of the above fee.

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Attorney for Debtor
Jamal J. Romero, Esq.
jromero@scura.com

Order Filed on August 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Enrique G. Jativa,

                Debtor.

Case No.: 22-16443-RG

Chapter: 13

Judge: RG

Hg. Date: 8/16/23

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: August 25, 2023

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ ____9,978.00____ for services rendered and expenses in the amount of $____60.00____ for a total of $____10,038.00____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____476.00____ per month for __49__ months to allow for payment of the above fee.

*The amount to be paid through the Chapter 13 Plan is $7,538.00 ($10,038.00 less the $2,500.00 courtesy credit.)

*rev.8/1/15*