

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

# memorandum

❑ **P.O. Box 1352**
**Newark, NJ 07101-1352**
**(973) 645-4764**

❑ **P.O. Box 2067**
**Camden, NJ 08101-2607**
**(856) 361-2300**

❑ **402 East State Street**
**Trenton, NJ 08608**
**(609) 858-9333**

TO: _____

FROM: Jeanne A. Naughton, Clerk

RE: Filing Fees

DATE: _____

CASE NO.: _____

PLEADING: _____

---

This will confirm receipt of the above pleading on _____. This will further confirm receipt of a fee relative to the filing in the amount of $_____. The filing fee for this document is $_____.

Please remit the difference in the amount of $_____ within 24 hours of the receipt of this memo. Failure to do so may result in the issuance of an Order to Show Cause or dismissal of your case.

Please be advised that the United States Bankruptcy Court for the District of New Jersey does not accept cash. Payment must be in the form of an attorney check, money order or certified
* check.

23-16316 (2 page order) $1.00
22-19495 (2 orders each 2 pages) $2.00
22-18229 (2 page order) $1.00
22-16443 (2 orders each 2 pages) $2.00
19-32010 (4 orders each 2 pages) $4.00
19-27946 (2 page order) $1.00
18-32792 (3 orders each 2 pages) $3.00
18-27104 (3 orders each 2 pages) $3.00

*rev. 1/29/19*